828

Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *William J. Hotz* for petitioner. *Acting Solicitor General Washington* for respondent.

No. 942. ALLEN, COLLECTOR OF INTERNAL REVENUE, *v.* FIRST NATIONAL BANK & TRUST CO., EXECUTOR. March 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Acting Solicitor General Washington* for petitioner. *T. Baldwin Martin* for respondent.

No. 955. EASTMAN KODAK CO. *v.* FEDERAL TRADE COMMISSION. March 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *T. Carl Nixon, Arthur L. Stern* and *Thomas Kiernan* for petitioner. *Acting Solicitor General Washington, Assistant Attorney General Berge, Robert L. Stern* and *W. T. Kelley* for respondent.

No. 964. 7 FIFTHS OLD GRAND-DAD WHISKEY ET AL. *v.* UNITED STATES. March 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Hal M. Black* for petitioners. *Acting Solicitor General Washington, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 972. PUBLIC SERVICE INTERSTATE TRANSPORTATION CO. *v.* SUTTON. March 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sec-